FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0721

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0721

_____

ALLIED WASTE SERVICES OF NORTH
AMERICA, LLC, d/b/a REPUBLIC
SERVICES OF MONTANA,

      Defendant and Appellant,

  v.

LH RESIDENTIAL LLC and OTIS STREET
LLC, both d/b/a MONTANA CRESTVIEW,

      Plaintiffs and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jason Marks, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2024